UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LEE MACRAE, *a.k.a.* Carlee Macrae,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO HOLDINGS, INC.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00164-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 15). |

　　　　On February 14, 2023, the parties filed a joint stipulation for dismissal with prejudice. (ECF No. 15). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**February 17, 2023**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1